Charlotte Long, Esq. (State Bar No. 347160)
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
(469) 578-1464
*Counsel for Trans Union LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO OLVERA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES INC; CITIBANK N.A.; EQUIFAX INFORMATION SERIVES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>　　　　　　Defendants. | Case No.: 3:25-cv-00789-H-AHG<br><br>**DEFENDANT TRANS UNION LLC'S CERTIFICATION AND NOTICE OF PARTY WITH FINANCIAL INTEREST (CivLR 40.2)** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Trans Union LLC ("Trans Union") hereby files this Notice of Party with Financial Interest, pursuant to Civil Rule 40.2.  The undersigned Counsel for Trans Union certifies that the following listed parties are associated with Trans Union and may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible

disqualification or recusal.

1. The following are parents, trusts, subsidiaries and/or affiliate entities that have issued shares or debt securities to the public or are a publicly held entity that owns 10% or more of Trans Union LLC: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

2. The following are owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Intermediate Holdings, Inc. is the sole member of Trans Union LLC.

3. Trans Union LLC hereby discloses that the following are the parent corporation and any publicly held corporation owning 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

In addition, Trans Union believes that the other parties to this action may have a direct, pecuniary interest in the outcome of this case; however, Trans Union lacks sufficient information or belief with regard to whether they have any related entities which may be similarly interested.

                                                TRANS UNION, LLC

Dated:  April 4, 2025                */s/ Charlotte A. Long*
                                                Charlotte A. Long, Esq.
                                                Counsel for Trans Union, LLC